IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SAVANNAH V. HORN,                          *
                                           *
              Plaintiff,                    *
                                           *
vs.                                         *          No. 4:16-cv-00469-SWW
                                           *
                                           *
                                           *
ARKANSAS FEDERAL CREDIT                    *
UNION (AFC); CHERYL MORMAN;                 *
BEVERLY HARPER; TANISHA                    *
BROUDIE,                                    *
                                           *
              Defendants.                   *

JUDGMENT

Consistent with the order that was entered on this day, it is Considered, Ordered,

and Adjudged that this action is hereby dismissed without prejudice.

IT IS SO ORDERED this 30th day of November 2016.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE